UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTEN SHIPSTAD and LUKE SHIPSTAD,<br><br>                    Plaintiffs,<br><br>v.<br><br>GE HEALTHCARE (formally known as GE Medical Systems), GE MEDICAL SYSTEMS, and 1-10 DOES,<br><br>                    Defendants. | NO.<br><br>NOTICE OF REMOVAL FROM THE SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY, CAUSE NO. 11-2-03365-1 SEA<br><br>Clerk's Action Required |

TO:   JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AND TO:
    Jeffrey C. Jones
    KRUTCH, LINDELL, BINGHAM, JONES & PETRIE, P.S.
    1420 Fifth Avenue, Suite 3150
    Seattle, WA 98101-3079

    Defendants GE Healthcare and GE Medical Systems (collectively "GE") hereby give notice that this matter is removed to the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. §§ 1332 and 1441. The grounds for removal are as follows:

NOTICE OF REMOVAL FROM THE
SUPERIOR COURT OF WASHINGTON                - 1 -
471476/031111 1257/80610001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1. On January 18, 2011, Plaintiffs Kristen and Luke Shipstad ("Plaintiffs") filed a Complaint against GE in King County Superior Court under Cause No. 11-2-03365-1 SEA.

2. On February 11, 2011, Plaintiffs served GE with a copy of the Summons and Complaint.

3. This case is properly removable pursuant to 28 U.S.C. §§§ 1332, 1441, 1446 and Western District CR 101.

4. This case is one for which this Court has original jurisdiction under 28 U.S.C. § 1332, and one that may be removed to this Court by GE pursuant to 28 U.S.C. §§ 1441 and 1446, and Western District CR 101.

5. This Court has original jurisdiction of the subject matter of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and there is a good faith belief based on the allegations in the Complaint that the amount in controversy exceeds $75,000, exclusive of interest and costs.  Western District CR 101(a).

6. On information and belief Plaintiffs were, at the time the Complaint was filed, and currently are, residents and citizens of the State of Washington.

7. GE is not a citizen of the State of Washington.

8. GE was incorporated under the laws of New York with its principal place of business in Connecticut.

9. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1441 and 1446, and Western District Court Rule 101.

10. This Notice of Removal is timely because it has been filed within thirty (30) days after the date the Summons and Complaint were served on GE on February 11, 2011.

11. This Notice of Removal was properly provided to the Superior Court for King County and to the Plaintiff under 28 U.S.C. § 1446(d).

12. True and complete copies of the pleadings filed in this action, along with an index/docket from CourtTrax, are attached to the Declaration of S. Karen Bamberger as Exhibit A.

NOTICE OF REMOVAL FROM THE
SUPERIOR COURT OF WASHINGTON - 2 -
471476/031111 1257/80610001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1. WHEREFORE, GE requests that this action be removed to the United States District Court for the Western District of Washington at Seattle.

DATED this 11th day of March, 2011

BETTS, PATTERSON & MINES, P.S.

By: */s S. Karen Bamberger*
S. Karen Bamberger, WSBA #18478
Shawna M. Lydon, WSBA #34238
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail: kbamberger@bpmlaw.com
E-mail: slydon@bpmlaw.com

Attorneys for Defendants

NOTICE OF REMOVAL FROM THE
SUPERIOR COURT OF WASHINGTON - 3 -
471476/031111 1257/80610001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I hereby certify, that on the 11th of March, 2011, I electronically filed the document(s) described as Notice of Removal From the Superior Court of Washington with the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiff**

Jeffrey C. Jones
KRUTCH, LINDELL, BINGHAM, JONES & PETRIE, P.S.
1420 Fifth Ave, Suite 3150
Seattle, WA 98101

By /s Denise Wolfard
   Denise Wolfard
   Legal Assistant
   Betts, Patterson & Mines, P.S.
   701 Pike Street, Suite 1400
   Seattle, WA 98101-3927
   Phone: (206) 292-9988
   Fax: (206) 343-7053

NOTICE OF REMOVAL FROM THE SUPERIOR COURT OF WASHINGTON - 4 -
471476/031111 1257/80610001

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988